Wayne T. Evans
3262 N. Garey Ave. # 193
Pomona, Ca 91767
909-344-6546
949-291-2461

FILED
2016 OCT 26 PM 12:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

WAYNE T. EVANS

Plaintiff,

v.

CREDIT FIRST NATIONAL ASSOCIATION and BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC

ET…AL, DOES 1-200, inclusive

Defendants.

CASE NO: 5:16-cv-01260- JGB-SP

[Assigned to the Honorable R. Gary Klausner]

REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiff Wayne T, Evans and Defendant CREDIT FIRST NATIONAL ASSOCIATION and BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC hereby stipulate and agree that the above- entitled action shall be dismissed in its entirety with prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Each party shall bear his and its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: October __, 2016

Darren M. Ballas, Esq.
LARSON. GARRICK & LIGHTFOOT, LLP

By: ______________________________
Darren M. Ballas

Attorneys for Defendant
CREDIT FIRST NATIONAL ASSOCIATION and BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC

Dated: October 25, 2016.

By: ______________________________
Wayne T. Evans

## CERTIFICATE OF SERVICE

I hereby certify that on October 25,2016 a copy of the foregoing **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** was filed in person by Plaintiff Wayne T. Evans and electronically served on a **Darren M. Ballas, Esq.** Attorneys for Defendant.

Wayne T. Evans
Pro Se